1

2
                                                    **JS−6**
3

4

5

6

7

8

9                          **UNITED STATES DISTRICT COURT**
                            **CENTRAL DISTRICT OF CALIFORNIA**
10

11  CHRIS LANGER                        CASE NO:
                                        2:17−cv−00038−FMO−RAO
12               Plaintiff(s),

13       v.
                                        **ORDER DISMISSING ACTION**
    SHIU L. KWAN , et al.               **WITHOUT PREJUDICE**
14

15

16               Defendant(s).

17

18

19        Having been advised by counsel that the above−entitled action has been settled,

20  IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs

21  and without prejudice to the right, upon good cause shown within 45 **days from the**

22  **filing date of this Order**, to re−open the action if settlement is not consummated.

23  The court retains full jurisdiction over this action and this Order shall not prejudice

24  any party to this action.

25      **IT IS SO ORDERED.**

26
    DATED: February 14, 2018              /s/ *Fernando M. Olguin*
27                                        Fernando M. Olguin
                                          United States District Judge
28